**STATE of Missouri, Respondent,**

v.

**Moliere SINEUS, Appellant.**

**Moliere SINEUS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 46157, WD 48859.**

Missouri Court of Appeals,
Western District.

Nov. 29, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 31, 1995.

Application to Transfer Denied
March 21, 1995.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., C. Gail Vasterling, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Consolidated appeal from conviction of murder in the first degree, § 565.020.1 RSMo 1986, and armed criminal action, § 571.015 RSMo 1986, and from denial of a Rule 29.15 motion for postconviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).